UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-21987-CIV-KING/MCALILEY

TOM SOFIANOPOLIS,

    Plaintiff,

v.

MILOS BY COSTAS SPILLIADIS, INC.,
et al.,

    Defendants.
_____/

## ORDER RECONSIDERING FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE [DE 17] AND RE-AFFIRMING DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal (DE 16), filed October 10, 2013. On October 15, 2013, the Court entered its Final Order of Dismissal (DE 17), in which the Court dismissed Plaintiff's action without prejudice. However, that same day, Defendants filed their Response in Opposition to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (DE 18), in which Defendants cited to various discovery abuses by Plaintiff and motioned for the Court to condition the voluntary dismissal of this matter on one of the following: 1) Plaintiff must reimburse Defendants for their reasonable fees and costs incurred in defending the matter to date; 2) if Plaintiff re-files the complaint, he must reimburse Defendants for their reasonable fees and costs incurred in defending this matter before he can proceed in the newly filed matter; or 3) that Plaintiff must re-file in the Southern District of Florida,

1

should he choose to re-file this case. The Court then entered its Order Setting Aside Final Order of Dismissal (DE 20) and ordered Plaintiff to respond to Defendants' Response in Opposition to Voluntary Dismissal Without Prejudice.[1]

Upon consideration, and being otherwise fully advised, the Court finds that Defendant is not entitled to the relief requested. Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. The Final Order of Dismissal **(DE 17)** be, and the same is, hereby **RE-AFFIRMED.**

2. The relief sought in Defendants' Response in Opposition to Plaintiff's Notice of Voluntary Dismissal Without Prejudice **(DE 18)** be, and the same is, hereby **DENIED without prejudice.** If Plaintiff re-files his claims, Defendant may notify the presiding Court of the existence of this action and file a motion seeking an award of fees related to defending this action at that time.

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 6th day of November, 2013.

*[Signature: James Lawrence King]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:  Magistrate Judge Chris M. McAliley
     Clerk of Court
     All counsel of record

---

[1] Plaintiff filed his Response to Defendants' Objection to His Notice of Dismissal (DE 21), on November 5, 2013.

2